1290

No. 10–7377. LOAEZA-MONTES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7436. HARGROVE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 10–7564. DAVIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–7870. BARRON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–7887. SIMON *v.* EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 10–7889. JEWELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–7895. PRISCO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–7909. WILLIAMS *v.* HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 10–7912. JACKSON *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–7930. TREESH *v.* BAGLEY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–7984. IRICK *v.* BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 10–8255. GARCIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8273. HERRERA-TORRES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 10–8290. DAVIS *v.* KUYKENDALL ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–8291. CAMPBELL *v.* WASHINGTON. Ct. App. Wash. Certiorari denied.